**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kyle Joseph MOMON, a/k/a Moo–Moo,
a/k/a Cow, a/k/a Calvin Flavor, a/k/a
Flavor–Flave, Defendant–Appellant.**

No. 03–6217.

United States Court of Appeals,
Fourth Circuit.

Submitted April 16, 2003.

Decided May 5, 2003.

Kyle Joseph Momon, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kyle Joseph Momon appeals the district court's order denying his 18 U.S.C. § 3582(c) motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Momon,* No. CR–92–70–4–1–BO (E.D.N.C. Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*